```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  NATHANIEL CLARK
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2739

 6

 7

 8              THE UNITED STATES DISTRICT COURT

 9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )   MAG. NO. 09-0154-GGH
                                )
12           Plaintiff,         )   GOVERNMENT'S MOTION TO DISMISS
                                )   INFORMATION AND ORDER
13       v.                     )
                                )
14  RICHARD A. GARNICA JR.,     )   DATE: August 26, 2009
                                )   TIME: 9:00 a.m.
15           Defendant.         )   JUDGE: Hon. Gregory. G. Hollows
    _____)
16

17       Pursuant to Rule 48(a) of the Federal Rules of Criminal

18  Procedure, plaintiff United States of America, by and through its

19  undersigned attorney, hereby moves this Honorable Court for an

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///
```

1

Order dismissing the above-entitled matter, Mag. No. 09-0154-GGH, with prejudice.

DATED: August 18, 2009

                                      LAWRENCE G. BROWN
                                      United States Attorney

                            By:  /s/McConkie for Stegman
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney

                        O R D E R

IT IS SO ORDERED:

DATED: August 21, 2009

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

garnica.ord

2